Jason M. Wiley, Esq.
Nevada Bar No. 09274
Ryan S. Petersen, Esq.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

Timothy M. Hartley, Esq.
*(PRO HAC VICE)*
**HARTLEY LAW OFFICES, PLC**
12 Southeast Seventh Street, Suite 610
Fort Lauderdale, Florida 33301
Telephone: (954) 357-9973
Fax: (954) 357-2275
hartley@hartleylaw.net

*Attorneys for Plaintiffs Valley Health Systems, LLC*
  *DVH Hospital Alliance, LLC and*
  *Summerlin Hospital Medical Center, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,<br><br>Defendants. | CASE NO.: 2:22-CV-00365-ART-DJA<br><br>**PLAINTIFF'S LOCAL RULE IA 6-1. MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE** |

COME NOW, Plaintiffs, Valley Health System, LLC, DVH Hospital Alliance, LLC, and Summerlin Hospital Medical Center, LLC, (collectively, "Plaintiffs"), by and through their

1

undersigned counsel, and, pursuant to Local Rule 6-1 hereby move this Honorable Court for an enlargement of time for an additional ninety (90) days through and including July 27, 2022 within which to effectuate service of the Summons, Complaint and Standing Order upon Defendants, TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, and UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation and state as follows:

1. Since the filing of the Complaint, the Plaintiff has attempted to obtain service of the Summons, Complaint and Standing Order on Defendants, TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation ("TIF"), and UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation ("URV") through the Hague Convention.

2. The undersigned has been advised that due to processing delays in the United Kingdom and Germany, there have been significant delays in obtaining service and receiving proof of service on the Defendants.

3. While Fed.R.Civ.P. 4(m) requires service within 90 days after filing of a Complaint, subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(h)(2), the provisions under which the Plaintiff is attempting to obtain service on the Defendants in this action.

4. Nevertheless, in an abundance of caution and in the interests of judicial economy, the Plaintiff requests an additional 90 days to obtain service of the Summons, Complaint and Standing Order upon the Defendants and respectfully requests this Honorable Court enter its Order enlarging the time to effectuate service accordingly.

5. This Motion is made in good faith and not for the purposes of harassment or delay.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, for the foregoing reasons, Plaintiffs, Valley Health System, LLC, DVH Hospital Alliance, LLC, and Summerlin Hospital Medical Center, LLC, respectfully request an additional ninety (90) days through and including July 27, 2022, in which to effectuate service of Summons and Complaint upon the Defendants, TIF and URV as aforesaid and for such other and further relief as the Court deems appropriate.

DATED this 27th day of April, 2022.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*

JASON M. WILEY, ESQ.
Nevada Bar No. 09274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

Timothy M. Hartley, Esq.
*(PRO HAC VICE)*
**HARTLEY LAW OFFICES, PLC**
12 Southeast Seventh Street,
Suite 610
Fort Lauderdale, Florida 33301
Telephone: (954) 357-9973
Fax: (954) 357-2275
hartley@hartleylaw.net

*Attorneys for Plaintiffs Valley Health Systems, LLc, DVH Hospital Alliance, LLC and Summerlin Hospital Medical Center, LLC*

IT IS THEREFORE ORDERED that Plaintiffs' motion for an enlargement of time is GRANTED.  Plaintiffs shall have until July 27, 2022 to effectuate service.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 29, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wiley Petersen, and that on the 27th day of April, 2022, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S LOCAL RULE IA 6-1. MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the Unites States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written.

(ELECTRONIC E-MAIL)

Pat Lundvall (NSBN 3761)
Daniel Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
daquino@mcdonaldcarano.com
*Attorneys for Defendants Travel Insurance Facilities, PLC and Union Reiseversicherung Aktiengesellschaft*

*/s/ Caitlin Pascal*
_____
An Employee of WILEY PETERSEN