# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:22-CV-00365-ART-DJA<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>**[FIRST REQUEST]** |

1

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VALLEY HEALTH SYSTEM, LLC; DVH HOSPITAL ALLIANCE, LLC, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC (collectively, "Plaintiffs") by and through their counsel of record, Timothy M. Hartley, Esq. (admitted *pro hac vice*) of the Hartley Law Offices and Jason M. Wiley, Esq. of the law firm Wiley Petersen and Defendant UNION REISERVERSICHERUNG AKTIENGESELLSCHAFT ("URV") by and through its counsel of record, Pat Lundvall, Esq. and Daniel Aquino, Esq. of the law firm McDonald Carano to extend the time for Plaintiffs to file a response to *Defendant Union Reiseversicherung Aktiengesellschaft's Motion to Dismiss or, in the Alternative, For a More Definite Statement* ("Motion").  ECF No. 24.  The Motion was filed on June 30, 2022, and no hearing date has been scheduled.  <u>The parties respectfully request the Court enter an order extending the deadline for Plaintiffs to respond to the Motion to July 22, 2022</u>.

The parties offer the following reasons for the requested extension:

1. On June 30, 2022, URV filed its Motion.
2. In order to fully and adequately respond to URV's Motion, Plaintiffs filed their *Motion for Leave to Conduct Limited Jurisdictional Discovery* ("Jurisdictional Discovery Motion").  ECF No. 25.
3. Defendant TRAVEL INSURANCE FACILITIES, PLC ("TIF"), has yet to be served with the Summons and Complaint through international service procedures pursuant to Fed.R.Civ.P. 4.
4. It is anticipated that, once service does occur, TIF will assert similar argument as advanced by URV in its Motion.
5. During the extension period, the parties will utilize the time to (a) determine whether TIF has been served; (b) discuss how the Jurisdictional Discovery Motion affects the Motion; and (c) formulate a plan regarding the Motion, Jurisdictional Discovery Motion, and other related matters.
6. The requested extension will not unduly prejudice any party to the litigation.

/ / /

2

7. The stipulation is made in good faith, not for purposes of delay, and will not cause undue harassment or delay.

| | |
|---|---|
| DATED this 14th day of July, 2022 | DATED this 14th day of July, 2022 |
| **MCDONALD CARANO** | **WILEY PETERSEN** |
| /s/ Daniel Aquino | /s/ Jason Wiley |
| PAT LUNDVALL, ESQ.<br>Nevada Bar No. 3761<br>DANIEL AQUINO<br>Nevada Bar No. 12682<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: 702.873.4100 | JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>E. DANIEL KIDD, ESQ.<br>Nevada Bar No. 10106<br>1050 Indigo Drive<br>Suite 200-B<br>Las Vegas, Nevada 89145<br>Telephone: 702.910.3329 |
| *Attorneys for Defendant URV* | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

**DATED: July 19, 2022**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

3