Jason M. Wiley, Esq.
Nevada Bar No. 09274
Ryan S. Petersen, Esq.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

Timothy M. Hartley, Esq.
*(PRO HAC VICE)*
**HARTLEY LAW OFFICES, PLC**
12 Southeast Seventh Street, Suite 610
Fort Lauderdale, Florida 33301
Telephone: (954) 357-9973
Fax: (954) 357-2275
hartley@hartleylaw.net

*Attorneys for Plaintiffs Valley Health Systems, LLC*
  *DVH Hospital Alliance, LLC and*
  *Summerlin Hospital Medical Center, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,<br><br>Defendants. | CASE NO.: 2:22-CV-00365-ART-DJA<br><br>**PLAINTIFF'S LOCAL RULE IA 6-1. MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE** |

    COME NOW, Plaintiffs, Valley Health System, LLC, DVH Hospital Alliance, LLC, and Summerlin Hospital Medical Center, LLC, (collectively, "Plaintiffs"), by and through their

1

undersigned counsel, and, pursuant to Local Rule 6-1 hereby move this Honorable Court for an enlargement of time for an additional sixty (60) days through and including November 24, 2022 within which to effectuate service of the Summons, Complaint and Standing Order upon Defendant, TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, and state as follows:

1. Since the filing of the Complaint, the Plaintiff has attempted to obtain Article 5 service of the Summons, Complaint and Standing Order on Defendant, TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation ("TIF"), through the Hague Convention.

2. The undersigned has recently been advised that although a bailiff assigned by the Royal Courts of Justice attempted to obtain service on Jonathon Phillips of TIF at his workplace, the bailiff was unable to meet Mr. Phillips and left the papers unserved, despite the fact that service could have been accomplished on other authorized representatives of TIF present at the workplace at the time of the bailiff's attempt. A true and correct copy of correspondence attesting to the Plaintiffs' efforts to obtain service on TIF through Article 5 of the Hague Convention is attached to this Motion as ***Exhibit A***.

3. The undersigned intends to make additional attempts to effectuate service on Defendant, TIF and, as demonstrated by Exhibit A, has advised the Foreign Process Section of the Royal Copurts of Justice that service can be had on other authorized representatives of TIF.

4. While Fed.R.Civ.P. 4(m) requires service within 90 days after filing of a Complaint, subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(h)(2), the provisions under which the Plaintiff is attempting to obtain service on the Defendants in this action.

5. Nevertheless, in an abundance of caution and in the interests of judicial economy, the Plaintiff requests an additional sixty (60) days to obtain service of the Summons and Amended Complaint upon the Defendant, TIF and respectfully requests this Honorable Court enter its Order enlarging the time to effectuate service accordingly.

6. This Motion is made in good faith and not for the purposes of harassment or delay.

7. The undersigned has contacted counsel for the Defendant has no objection to the filing of this Motion or the relief sought herein.

WHEREFORE, for the foregoing reasons, Plaintiffs, Valley Health System, LLC, DVH Hospital Alliance, LLC, and Summerlin Hospital Medical Center, LLC, respectfully request an additional sixty (60) days through and including November 24, 2022, in which to effectuate service of Summons and Complaint upon the Defendant, TIF as aforesaid and for such other and further relief as the Court deems appropriate.

DATED this 23rd day of September, 2022.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*

_____
JASON M. WILEY, ESQ.
Nevada Bar No. 09274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

Timothy M. Hartley, Esq.
*(PRO HAC VICE)*
**HARTLEY LAW OFFICES, PLC**
12 Southeast Seventh Street,
Suite 610
Fort Lauderdale, Florida 33301
Telephone: (954) 357-9973
Fax: (954) 357-2275
hartley@hartleylaw.net

*Attorneys for Plaintiffs Valley Health Systems, LLc, DVH Hospital Alliance, LLC and Summerlin Hospital Medical Center, LLC*

**IT IS SO ORDERED**.

DATED: 9/27/2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Hartley Law Offices, PLC, and that on the 23rd day of September, 2022, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S LOCAL RULE IA 6-1. MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the Unites States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written.

(ELECTRONIC E-MAIL)

Pat Lundvall (NSBN 3761)
Daniel Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
daquino@mcdonaldcarano.com
*Attorneys for Defendants Travel Insurance Facilities, PLC
and Union Reiseversicherung Aktiengesellschaft*

/s/Timothy M. Hartley, Esq.

HARTLEY LAW OFFICES, PLC

**Exhibit A**

1

| | |
|---|---|
| **From:** | Hartshorne, Tatyana on behalf of Foreign Process (RCJ) |
| **To:** | Yanique Reid |
| **Subject:** | RE: QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Update Requested****** |
| **Date:** | Thursday, September 22, 2022 10:13:35 AM |

Dear Yanique

Thank you for your email.

I would like to inform you that the documents were sent for personal service on Mr Jon Phillips at his workplace as it stated in the request form that you have provided.

Bailiff were unable to meet the person, therefore, documents returned unserved. A certificate of non-service will be issued in due course.

Kind regards

Tatyana Hartshorne
Administrative Officer
Foreign Process Section|
HMCTS  Royal Courts of Justice London WC2A 2LL
Phone: 0203 936 8957 Option 7

**Web:** www.gov.uk/hmcts
For information on how HMCTS uses personal data about you please see:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter



**From:** Yanique Reid <reid@hartleylaw.net>
**Sent:** 13 September 2022 19:06
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Cc:** Tim Hartley <hartley@hartleylaw.net>
**Subject:** RE: QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Update Requested******

Good Day Tatyana-

    Just following up on our prior conversation below. Please let us know the status of service of process on Defendant, TIF.  I look forward to hearing from you. Thank you.

**Yanique S. Reid**

Paralegal to Timothy M. Hartley, Esq.

*Hartley Law Offices, PLC*

12 Southeast Seventh Street, Suite 610
Fort Lauderdale, FL 33301 U.S.A
t: 954.357.9973
f: 954.357.2275
reid@hartleylaw.net
www.hartleylaw.net

---

**From:** Hartshorne, Tatyana <Tatyana.Hartshorne1@Justice.gov.uk> **On Behalf Of** Foreign Process (RCJ)
**Sent:** Tuesday, August 30, 2022 3:53 AM
**To:** Yanique Reid <reid@hartleylaw.net>
**Subject:** RE: QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Updated******

Dear Yanique

Thank you for your email regarding service documents on Jon Phillips at workplace.

We have not received confirmation from bailiff yet, so a chase up letter has been sent.

We will inform you as soon as possible bailiff comes back to us.

Kind regards

Tatyana Hartshorne
Administrative Officer
Foreign Process Section|
HMCTS  Royal Courts of Justice London WC2A 2LL
Phone: 0203 936 8957 Option 7

**Web:** www.gov.uk/hmcts
For information on how HMCTS uses personal data about you please see:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter

   

**From:** Yanique Reid <reid@hartleylaw.net>
**Sent:** 23 August 2022 14:35
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Cc:** Tim Hartley <hartley@hartleylaw.net>
**Subject:** RE: QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Updated******

Good Morning

    Just following up on our prior conversation below. Please let us know the status of service of process on Defendant, TIF.  I look forward to you update. Thank you.

**Yanique S. Reid**
Paralegal to Timothy M. Hartley, Esq.

*Hartley Law Offices, PLC*

12 Southeast Seventh Street, Suite 610
Fort Lauderdale, FL 33301 U.S.A
t: 954.357.9973
f: 954.357.2275
reid@hartleylaw.net
www.hartleylaw.net

**From:** Yanique Reid
**Sent:** Tuesday, July 26, 2022 10:01 AM
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Cc:** Tim Hartley <hartley@hartleylaw.net>
**Subject:** RE: QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Updated******

Okay, thank you.

**Yanique S. Reid**
Paralegal to Timothy M. Hartley, Esq.

*Hartley Law Offices, PLC*

12 Southeast Seventh Street, Suite 610
Fort Lauderdale, FL 33301 U.S.A
t: 954.357.9973
f: 954.357.2275
reid@hartleylaw.net
www.hartleylaw.net

**From:** Hartshorne, Tatyana <Tatyana.Hartshorne1@Justice.gov.uk> **On Behalf Of** Foreign Process

(RCJ)
**Sent:** Tuesday, July 26, 2022 9:55 AM
**To:** Yanique Reid <reid@hartleylaw.net>
**Subject:** QF-2022-004875;RE: Status of Service- Valley Health v. TIF*****Updated******

Dear Yanique

Thank you for your email.

I would like to inform you that the documents were sent for service on 15 July 2022 under our reference number QF-2022-004875.

Therefore, bailiff have 4 weeks to serve and to return to us confirmation of service/non-service.

Please allow bailiff complete their job.

Kind Regards

Tatyana Hartshorne
Administrative Officer
Foreign Process Section|
HMCTS  Royal Courts of Justice London WC2A 2LL
Phone: 0203 936 8957 Option 7

**Web:** www.gov.uk/hmcts
For information on how HMCTS uses personal data about you please see:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter



---

**From:** Yanique Reid <reid@hartleylaw.net>
**Sent:** 26 July 2022 14:21
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Cc:** Tim Hartley <hartley@hartleylaw.net>
**Subject:** RE: Status of Service- Valley Health v. TIF*****Updated******

Good Morning

   Just following up on our prior conversation below. Please let us know the status of service of

process on Defendant, TIF.  I look forward to you update. Thank you.

**Yanique S. Reid**
Paralegal to Timothy M. Hartley, Esq.

*Hartley Law Offices, PLC*

12 Southeast Seventh Street, Suite 610
Fort Lauderdale, FL 33301 U.S.A
t: 954.357.9973
f: 954.357.2275
reid@hartleylaw.net
www.hartleylaw.net

---

**From:** Yanique Reid
**Sent:** Friday, July 15, 2022 9:33 AM
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Cc:** Tim Hartley <hartley@hartleylaw.net>
**Subject:** RE: Status of Service- Valley Health v. TIF*****Updated******

Good Morning-

Thank you.

**Yanique S. Reid**
Paralegal to Timothy M. Hartley, Esq.

*Hartley Law Offices, PLC*

12 Southeast Seventh Street, Suite 610
Fort Lauderdale, FL 33301 U.S.A
t: 954.357.9973
f: 954.357.2275
reid@hartleylaw.net
www.hartleylaw.net