**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,

Plaintiffs,

vs.

TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,

Defendants.

CASE NO.: 2:22-CV-00365-ART-DJA

**ORDER APPROVING**

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT AND FOR EXTENSION OF TIME FOR TRAVEL INSURANCE FACILITIES, PLC TO RESPOND TO COMPLAINT

[SEVENTH REQUEST]

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VALLEY HEALTH SYSTEM, LLC; DVH HOSPITAL ALLIANCE, LLC, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC (collectively, "Plaintiffs") by and through their counsel of record, Timothy M. Hartley, Esq. (admitted *pro hac vice*) of Hartley Law Offices, PLC and Jason M. Wiley, Esq. of the law firm Wiley Petersen and Defendant UNION REISERVERSICHERUNG AKTIENGESELLSCHAFT ("URV") by and through its counsel of record, Pat Lundvall, Esq. and Daniel Aquino, Esq. of the law firm McDonald Carano to extend the time for Plaintiffs to file a response to *Defendant Union Reiseversicherung Aktiengesellschaft's Motion to Dismiss or, in the Alternative, For a More Definite Statement* ("Motion"). ECF No. 24. The Motion was filed on June 30, 2022, and no hearing date has been scheduled. *The parties respectfully request the Court enter an order extending Plaintiffs' response to the Motion to April 9, 2023*. The parties further stipulate and agree that the deadline for Defendant, TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, to file and serve its response to Plaintiffs' Complaint shall be extended to April 9, 2023.

The parties offer the following reasons for the requested extension:

1. On June 30, 2022, URV filed its Motion.

2. In order to fully and adequately respond to URV's Motion, Plaintiffs filed their *Motion for Leave to Conduct Limited Jurisdictional Discovery* ("Jurisdictional Discovery Motion"). ECF No. 25. On July 15, 2022, the Court denied the Jurisdictional Discovery Motion without prejudice, pending satisfaction of the meet and confer requirement under Local Rule IA 1-3(f). ECF No. 27.

3. Defendant TRAVEL INSURANCE FACILITIES, PLC ("TIF"), has recently been served with the Summons and First Amended Complaint through Article 5 of the Hague Convention. Upon information and belief, the service date was February 2, 2023.

4. Upon stipulation, this Honorable Court entered its Order on February 22, 2023

granting TIF's request for an extension of time through and including March 10, 2023 to file its responsive pleading to allow the parties time to continue settlement discussions, ECF No. 51.

5. The parties are engaging in active settlement negotiations and request further extensions though and including April 9, 2023 for TIF to file its response to the First Amended Complaint and for Plaintiffs to file their response to *Defendant Union Reiseversicherung Aktiengesellschaft's Motion to Dismiss or, in the Alternative, For a More Definite Statement* ("Motion"). ECF No. 24.

6. During the extension period, the parties will also utilize the time to (a) discuss how the Jurisdictional Discovery Motion to be refiled by Plaintiffs affects the Motion; and (b) formulate a plan regarding the Motion, Jurisdictional Discovery Motion, and other related matters.

7. Subsequent to the filing the *Stipulation and Order to Extend Time for Plaintiffs to File Response to Defendant Union Reiseversicherung Aktiengesellschaft's Motion to Dismiss or, in the Alternative, For a More Definite Statement [First Request]* ("First Request") [ECF No. 26], the parties have engaged in preliminary settlement discussions and have tentatively agreed to meet to discuss resolution of all claims and causes of action alleged.

8. The Court granted the First Request [ECF No. 28] setting July 22, 2022, as Plaintiffs' response date to the Motion.

9. The Court then granted the Second Request [ECF No. 30] setting August 12, 2022 as Plaintiff's response date to the Motion.

10. The Court then granted the Third Request [ECF No. 33] setting September 11, 2022 as Plaintiff's response date to the Motion.

11. The Court then granted the Fourth Request [ECF No. 36] setting October 11, 2022 as Plaintiff's response date to the Motion.

12. The Court then granted the Fifth Request [ECF No. 39] setting December 10, 2022 as Plaintiff's response date to the Motion.

13. The Court then granted the Sixth Request [ECF No. 47] setting March 10, 2023 as Plaintiff's response date to the Motion.

14. It is anticipated that the parties will conduct a meeting/conference prior to the requested extension deadline date of April 9, 2023, and have undertaken a discussion as to TIF and URV's position towards Plaintiff's request for jurisdictional discovery. In the interim, the parties will also continue their good faith efforts to resolve this dispute.

15. Plaintiffs have provided medical billing records and data to Defendants regarding treatment for the 158 patients on which Plaintiffs seek to recover charges. Defendants have analyzed that data, and the parties intend to exchange settlement offers based thereon shortly.

16. The requested extension will not unduly prejudice any party to the litigation.

17. The stipulation is made in good faith, not for purposes of delay, and will not cause undue harassment or delay.

DATED this 10th day of March, 2023

**MCDONALD CARANO**

*/s/ Daniel Aquino*
PAT LUNDVALL, ESQ.
Nevada Bar No. 3761
DANIEL AQUINO
Nevada Bar No. 12682
2300 West Sahara Avenue
Suite 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100

*Attorneys for Defendant URV*

DATED this 10th day of March, 2023

**WILEY PETERSEN**

*/s/ Jason Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329

*Attorneys for Plaintiffs*

**HARTLEY LAW OFFICES, PLC**

*/s/Timothy M. Hartley*
Timothy M. Hartley, Esq.
*(PRO HAC VICE)*

12 Southeast Seventh Street,
Suite 610
Fort Lauderdale, Florida 33301
Telephone: (954) 357-9973
Fax: (954) 357-2275
hartley@hartleylaw.net

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** March 10, 2023

Anne R. Traum
United States District Court Judge