**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,<br><br>Defendant. | CASE NO.:  2:22-cv-00365-ART-DJA<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS<br><br>(FIRST REQUEST) |

Defendants TRAVEL INSURANCE FACILITIES, PLC and UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT ("Defendants") and Plaintiffs VALLEY HEALTH SYSTEM, LLC; DVH HOSPITAL ALLIANCE, LLC, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC ("Plaintiffs"), by and through their counsel of record, hereby stipulate, agree, and request that the deadline for Plaintiffs to file oppositions to Defendants' Motions to Dismiss (ECF Nos. 24 and 56) be extended by two weeks, up to and including September 20, 2023.

Defendants filed Motions to Dismiss requesting dismissal primarily due to a lack of personal jurisdiction.  ECF Nos. 24 and 56.  Plaintiffs requested leave to conduct limited

jurisdictional discovery relevant to the issue of personal jurisdiction, which the Court granted on July 12, 2023.  ECF No. 68.  The Court provided Plaintiffs until September 6, 2023 to file oppositions to Defendants' Motions to Dismiss.  *Id*.

      Plaintiffs served Jurisdictional Interrogatories on both Defendants on July 13, 2023.  Defendants' responses were initially due on August 14, 2023, which would provide Plaintiffs approximately three weeks thereafter to prepare their Oppositions to Defendants' Motions to Dismiss.

      Defendants require additional time to gather information responsive to Plaintiffs' Jurisdictional Interrogatories, which has proved difficult thus far due to the nature in which information is tracked in Defendant TIF's claims management system.  Defendants requested a two-week extension to August 28, 2023 to allow sufficient time to respond to Plaintiffs' Jurisdictional Interrogatories, to which Plaintiffs agreed.

      To maintain sufficient time for Plaintiffs to prepare their Oppositions to Defendants' Motions to Dismiss, the parties hereby request that the deadline for Plaintiffs to file the Oppositions be extended to September 20, 2023.

*[signature page to follow]*

The stipulation is made in good faith and not for purposes of delay.

| | |
|---|---|
| McDONALD CARANO LLP | HARTLEY LAW OFFICES, PLC |
| By: /s/ Daniel Aquino<br>Pat Lundvall (NSBN 3761)<br>Daniel Aquino (NSBN 12682)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for Defendants Travel Insurance Facilities, PLC and Union Reiseversicherung Aktiengesellschaft* | By: /s/ Timothy M. Hartley<br>Timothy M. Hartley, Esq.<br>*(Pro Hac Vice)*<br>12 Southeast Seventh Street, Suite 610<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 357-9973<br>hartley@hartleylaw.net<br><br>Jason M. Wiley (NSBN 9274)<br>Ryan S. Petersen (NSBN 10715)<br>WILEY PETERSEN<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>Telephone: 702.910.3329<br>jwiley@wileypetersenlaw.com<br>rpetersen@wileypetersenlaw.com<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

DATED: August 14, 2023

_____
Anne R. Traum
United States District Court Judge

3