**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, a Delaware Limited Liability company, DVH HOSPITAL ALLIANCE, LLC, a Delaware Limited Liability company, and SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, a Delaware Limited Liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a Foreign Corporation, UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a Foreign Corporation,<br><br>Defendants. | CASE NO.: 2:22-CV-00365-ART-DJA<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

1

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to dismissal of this action with prejudice and with the parties bearing their own fees and costs.

Respectfully Submitted,

| | |
|---|---|
| McDONALD CARANO LLP<br>By: /s/ Daniel Aquino<br>Pat Lundvall (NSBN 3761)<br>Daniel Aquino (NSBN 12682)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for Defendants Travel Insurance Facilities, PLC and Union Reiseversicherung Aktiengesellschaft* | HARTLEY LAW OFFICES, PLC<br><br>By: /s/ Timothy M. Hartley<br>Timothy M. Hartley, Esq.<br>*(Pro Hac Vice)*<br>12 Southeast Seventh Street, Suite 610<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 357-9973<br>hartley@hartleylaw.net<br><br>Jason M. Wiley (NSBN 9274)<br>Ryan S. Petersen (NSBN 10715)<br>WILEY PETERSEN<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>Telephone: 702.910.3329<br>jwiley@wileypetersenlaw.com<br>rpetersen@wileypetersenlaw.com<br><br>*Attorneys for Plaintiffs* |

## ORDER

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated: March 22, 2024